Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Martin L. Novillo
Assistant Federal Public Defender
Virginia State Bar No. 76997
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Martin_Novillo@fd.org

*Attorney for Petitioner Jose Luis Mendez Gordillo

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jose Luis Mendez Gordillo,<br><br>      Petitioner,<br><br>    v.<br><br>Pamela Bondi, *et al.*,<br><br>      Respondents. | Case No. 2:26-cv-00579-APG-MDC<br><br>**Stipulation for Extension of Time for Petitioner to File Amended Petition and for Respondents to File a Response**<br><br>**(First Request)** |

Petitioner Jose Luis Mendez Gordillo ("Petitioner"), through undersigned counsel, and Federal Respondents, through their undersigned counsel, hereby stipulate and jointly request that this Court extend the due date for Petitioner's Amended Petition from March 25, 2026 to April 1, 2026. This is the first request for an extension of time.

Petitioner's counsel and Federal Respondents counsel, AUSA Tamer Botros, have conferred via email regarding the need for an extension of time. Should this Court grant this request, the Amended Petition would be due on or before April 1, 2026; the Federal Respondents' Response would be due on or before April 15, 2026. This extension is necessary because Petitioner's Counsel needs additional time to

obtain immigration records he recently requested and prepare an adequate amended petition.

Should this Court grant this request, the Amended Petition would be due on or before April 1, 2026. The parties agree that Federal Respondents' Response to the Amended Petition would be due 14 days after the Amended Petition is filed. Assuming an April 1, 2026 Amended Petition file date, Respondents' Response would be due on April 15, 2026. Petitioner further agrees that he will not object to an additional 7-day extension of time from the above-noted filing date should Respondents' require such additional time.

For these reasons, the parties request this Court extend Petitioner's Amended Petition due date up to and including April 1, 2026.

Respectfully submitted this 25th day of March 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Deputy Attorney General of the United States |
| | SIGAL CHATTAH<br>First Assistant United States Attorney |
| _/s/ Martin L. Novillo_<br>MARTIN L. NOVILLO<br>Assistant Federal Public Defender | _/s/ Tamer Botros_<br>TAMER BOTROS<br>Assistant United States Attorney |

IT IS SO ORDERED.

_____
ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE